1096

[No. 14834-3-III.    Division Three.    February 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN
DAVID BARTLETT, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-00555-6, Robert D. Austin, J.,
entered April 20, 1995. *Affirmed in part* and *reversed in
part* by unpublished opinion per Thompson, J., concurred
in by Sweeney, C.J., and Brown, J.

[No. 14869-6-III.    Division Three.    February 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 94-1-00275-1, Evan E. Sperline, J., entered
May 8, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 12957-8-III.    Division Three.    February 13, 1997.]

JOYCE ELAINE MITHOUG, ET AL., *Appellants*, v.
APOLLO RADIO OF SPOKANE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 91-2-01827-2, Kathleen M. O'Connor,
J., entered January 7, 1993. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Thompson, J.,
and Munson, J. Pro Tem.